CAROLYN A. DYE, SB#97527
LAW OFFICE OF CAROLYN A. DYE
15030 Ventura Blvd. #527
Sherman Oaks, California 91403
818.287.7003  cdye@cadye.com

ROBERT GENTINO, SB# 93808
LAW OFFICE OF ROBERT GENTINO
3151 Cahuenga Boulevard W, Suite 201
Los Angeles, California 90068
818.509.7272  Gentinolaw72@gmail.com

Attorney for Plaintiffs
PFF Management LLC
TCC Asset Management LLC
Tracy Kao

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA**

| | |
|---|---|
| In re<br><br>ROBERTO BAHENA ROSAS<br><br>       Debtor<br>_____<br><br>PFF MANAGEMENT LLC<br>TCC ASSET MANAGEMENT LLC<br>TRACY KAO<br><br>       Plaintiffs<br>    v.<br><br>ROBERTO BAHENA ROSAS<br><br>       Defendant.<br>_____ | #8:23-bk-12652-SC<br>[Chapter 7]<br><br>COMPLAINT OBJECTING TO DISCHARGE OF DEBT UNDER 11 U.S.C. § 523(a)(2) and § 523(a)(6) |

- 1 -
Complaint objecting to discharge

Plaintiffs PFF Management LLC, TCC Asset Management LLC, and Tracy Kao allege:

1. Defendant filed a voluntary petition for bankruptcy on December 14, 2023.

2. This Court has jurisdiction over this adversary proceeding under 28 U.S.C. § 157 and 1334.

3. Venue is proper in this district under 23 U.S.C. § 1409.

4. On October 16, 2023, Plaintiffs filed a state court action for violation of Business & Professions Code §7028 and Code of Civil Procedure §1029.8 and fraud due to Debtor's charges and receipt of $188,450.47 for illegal, unlicensed contractor work, as alleged in State Complaint, Ex. 1.

5. This debt is not subject to discharge under 11 U.S.C. § 523(a)(2) and § 523(a)(6) because Defendant received money for illegal work, punishable as a misdemeanor.

7. This debt is not subject to discharge under 11 U.S.C. § 523(a)(2) and § 523(a)(6) because Defendant fraudulently concealed from Plaintiffs that he was unlicensed.

8. Had Plaintiffs known that Defendant was unlicensed, Plaintiffs would not have hired, nor paid Plaintiffs $188,450.47.

Plaintiffs pray for Judgment:

1. Objecting to discharge of this debt.

2. $188, 450.47 plus interest.

3. Costs and attorney fees.

4. Such further relief deemed appropriate.

March 25, 2024

_____

Robert Gentino

# EXHIBIT 1

PLD-C-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Robert Gentino, Esq. #93808<br>Law office of Robert Gentino<br>3151 Cahuenga Blvd. W., #201<br>Los Angeles, CA 90068<br>TELEPHONE NO: 818.509.7272    FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): Gentinolaw72@gmail.com<br>ATTORNEY FOR (Name): PFF Management LLC; TCC Asset Management LLC; Tracy Kao | **Electronically FILED by<br>Superior Court of California,<br>County of Los Angeles<br>10/16/2023 2:16 PM<br>David W. Slayton,<br>Executive Officer/Clerk of Court,<br>By S. Ruiz, Deputy Clerk** |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 N. Hill St.
MAILING ADDRESS: same
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Stanley Mosk

PLAINTIFF: PFF Management LLC; TCC Asset Management LLC; Tracy Kao
DEFENDANT: Roberto Bahena
[x] DOES 1 TO 10

**CONTRACT**
[x] COMPLAINT    [ ] AMENDED COMPLAINT (Number):
[ ] CROSS-COMPLAINT    [ ] AMENDED CROSS-COMPLAINT (Number):

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
   Amount demanded [ ] does not exceed $10,000
                   [ ] exceeds $10,000 but does not exceed $25,000
[x] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint or cross-complaint
   [ ] from limited to unlimited
   [ ] from unlimited to limited

CASE NUMBER: 23STCV25178

1. **Plaintiff*** (name or names):
   PFF Management LLC; TCC Asset Management LLC; Tracy Kao
   alleges causes of action against **defendant*** (name or names):
   Roberto Bahena and DOES 1 TO 10
2. This pleading, including attachments and exhibits, consists of the following number of pages: 6
3. a. Each plaintiff named above is a competent adult
   [x] except plaintiff (name): PFF Management LLC and TCC Asset Management LLC
      (1) [ ] a corporation qualified to do business in California
      (2) [x] an unincorporated entity (describe): LLC
      (3) [ ] other (specify):
   b. [ ] Plaintiff (name):
      a. [ ] has complied with the fictitious business name laws and is doing business under the fictitious name (specify):
      b. [ ] has complied with all licensing requirements as a licensed (specify):
   c. [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.
4. a. Each defendant named above is a natural person
   [ ] except defendant (name):                          [ ] except defendant (name):
      (1) [ ] a business organization, form unknown         (1) [ ] a business organization, form unknown
      (2) [ ] a corporation                                 (2) [ ] a corporation
      (3) [ ] an unincorporated entity (describe):          (3) [ ] an unincorporated entity (describe):
      (4) [ ] a public entity (describe):                   (4) [ ] a public entity (describe):
      (5) [ ] other (specify):                              (5) [ ] other (specify):

* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant. Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
PLD-C-001 [Rev. January 1, 2007]

**COMPLAINT—Contract**

Code of Civil Procedure, § 425.12

PLD-C-001

| SHORT TITLE: PFF Management v. Bahena | CASE NUMBER: |
|---|---|

4. *(Continued)*
   b. The true names of defendants sued as Does are unknown to plaintiff.
      (1) [X] Doe defendants *(specify Doe numbers):* 1 - 10 _____ were the agents or employees of the named defendants and acted within the scope of that agency or employment.
      (2) [X] Doe defendants *(specify Doe numbers):* 1 - 10 _____ are persons whose capacities are unknown to plaintiff.
   c. [ ] Information about additional defendants who are not natural persons is contained in Attachment 4c.
   d. [ ] Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5. [ ] Plaintiff is required to comply with a claims statute, and
   a. [ ] has complied with applicable claims statutes, *or*
   b. [ ] is excused from complying because *(specify):*

6. [ ] This action is subject to    [ ] Civil Code section 1812.10    [ ] Civil Code section 2984.4.
7. This court is the proper court because
   a. [X] a defendant entered into the contract here.
   b. [ ] a defendant lived here when the contract was entered into.
   c. [ ] a defendant lives here now.
   d. [ ] the contract was to be performed here.
   e. [ ] a defendant is a corporation or unincorporated association and its principal place of business is here.
   f. [ ] real property that is the subject of this action is located here.
   g. [X] other *(specify):*
      Defendant committed Statutory Violations and Frauds in South Pasadena, CA.

8. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   [ ] Breach of Contract
   [ ] Common Counts
   [X] Other *(specify):*
      Statutory Violation; Fraud; Declaratory Relief

9. [X] Other allegations:
   Punitive damages are warranted due to Defendant's fraud and willful statutory violations punishable as a misdemeanor

10. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. [X] damages of: $188,450.47
    b. [X] interest on the damages
       (1) [X] according to proof
       (2) [ ] at the rate of *(specify):*    percent per year from *(date):*
    c. [X] attorney's fees
       (1) [ ] of: $
       (2) [X] according to proof.
    d. [X] other *(specify):*
       Punitive damages of $50,000

11. [ ] The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 10-12-23

Robert Gentino
(TYPE OR PRINT NAME)                                    ▶ *(signature)*
                                                        (SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

| PLD-C-001 [Rev. January 1, 2007] | **COMPLAINT—Contract** | Page 2 of 2 |

PLD-PI-001(3)

| SHORT TITLE: PFF Management v. Bahena | CASE NUMBER |
|---|---|

First **CAUSE OF ACTION—Intentional Tort** Page 3
(number)

ATTACHMENT TO  [x] Complaint    [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1. Plaintiff *(name):* PFF Management LLC

alleges that defendant *(name):* Roberto Bahena

[x] Does 1 to 10

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff

on *(date):* 2020 - 2023

at *(place):* South Pasadena, California

*(description of reasons for liability):*

VIOLATION OF BUSINESS & PROFESSIONS CODE 7028 AND CODE OF CIVIL PROCEDURE 1029.8.

1. From 2020 - 2023, PFF Management LLC ("PFF"), based in South Pasadena, CA, agreed to and did hire Roberto Bahena to perform contractor services including construction, alterations, repairs, improvements, and demolition at five buildings and structures in San Bernardino, Moreno Valley, and Needles, CA in violation of Business & Professions Code 7028 without knowing that Bahena was an unlicensed contractor.

2. From 2020 - 2023, PFF paid Bahena $188,450.47 for his illegal, unlicensed contractor work.

3. On October 2, 2023, Bahena threatened to sue Plaintiffs in small claims court to recover $6,620.96 for illegal, unlicensed contractor work performed for PFF, even though PFF had fully paid Bahena.

4. On October 11, 2023, after hiring an attorney, Plaintiffs learned that Bahena was never a licensed contractor in violation of Business & Professions Code 7028.

5. On October 11, 2023, Bahena admitted to Plaintiffs that he was an unlicensed contractor, yet repeated his threat to file a small claims action against Plaintiffs unless he received $6,620.96, notwithstanding Plaintiffs' informing Bahena that as an unlicensed contractor, he could recover no money from Plaintiffs. See S&Q Construction Co. v. Palma Ceia Development Organization (1960) 179 Cal.App0.2d 364.

6. Under Business & Profession Code 7028, a contract entered into by an unlicensed contractor is illegal and punishable as a misdemeanor. See Albaugh v. Moss Construction Co. (1954) 125 Cal.App.2d 126.

7. PFF is entitled to a return of $188,450.47 paid to Bahena under an illegal contract.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev. January 1, 2007]

**CAUSE OF ACTION—Intentional Tort**

Code of Civil Procedure, § 425.12
www.courts.ca.gov

PLD-C-001(3)

| SHORT TITLE: PFF Management v. Bahena | CASE NUMBER: |
|---|---|

Second **CAUSE OF ACTION—Fraud**
_(number)_

ATTACHMENT TO  [✓] Complaint  [ ] Cross-Complaint

_(Use a separate cause of action form for each cause of action.)_

FR-1. Plaintiff _(name)_: PFF Management LLC

  alleges that defendant _(name)_: Roberto Bahena

  on or about _(date)_: 2020 - 2023      defrauded plaintiff as follows:

FR-2. [ ] **Intentional or Negligent Misrepresentation**
  a. Defendant made representations of material fact  [ ] as stated in Attachment FR-2.a  [ ] as follows:

  b. These representations were in fact false. The truth was  [ ] as stated in Attachment FR-2.b  [ ] as follows:

  c. When defendant made the representations,
    [ ] defendant knew they were false, **or**
    [ ] defendant had no reasonable ground for believing the representations were true.

  d. Defendant made the representations with the intent to defraud and induce plaintiff to act as described in item FIR-5. At the time plaintiff acted, plaintiff did not know the representations were false and believed they were true. Plaintiff acted in justifiable reliance upon the truth of the representations.

FR-3. [✓] **Concealment**
  a. Defendant concealed or suppressed material facts  [ ] as stated in Attachment FR-3.a  [ ] as follows:
    That Bahena was an unlicensed contractor

  b. Defendant concealed or suppressed material facts
    [✓] defendant was bound to disclose.
    [ ] by telling plaintiff other facts to mislead plaintiff and prevent plaintiff from discovering the concealed or suppressed facts.
  c. Defendant concealed or suppressed these facts with the intent to defraud and induce plaintiff to act as described in item IFIR-5. At the time plaintiff acted, plaintiff was unaware of the concealed or suppressed facts and would not have taken the action if plaintiff had known the facts.

Page   4

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(3) [Rev. January 1, 2007]

**CAUSE OF ACTION—Fraud**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-C-001(3)

| SHORT TITLE: PFF Management v. Bahena | CASE NUMBER: |
|---|---|

Second _____ **CAUSE OF ACTION—Fraud**
(number)

FR-4. ☐ **Promise Without Intent to Perform**
 a. Defendant made a promise about a material matter without any intention of performing it ☐ as stated in Attachment FR-4.a ☐ as follows:

 b. Defendant's promise without any intention of performance was made with the intent to defraud and induce plaintiff to rely upon it and to act as described in item FR-5. At the time plaintiff acted, plaintiff was unaware of defendant's intention not to perform the promise. Plaintiff acted in justifiable reliance upon the promise.

FR-5. In justifiable reliance upon defendant's conduct, plaintiff was induced to act ☐ as stated in Attachment FR-5 ☑ as follows:

 1. From 2020 - 2023, PFF Management LLC ("PFF"), based in South Pasadena, CA, agreed to and did hire Roberto Bahena to perform contractor services including construction, alterations, repairs, improvements, and demolition at five buildings and structures in San Bernardino, Moreno Valley, and Needles, CA in violation of Business & Professions Code 7028 without knowing that Bahena was an unlicensed contractor.

 2. From 2020 - 2023, PFF paid Bahena $188,450.47 for his illegal, unlicensed contractor work.

FR-6. Because of plaintiff's reliance upon defendant's conduct, plaintiff has been damaged ☐ as stated in Attachment FR- 6 ☑ as follows:
 $188,450.47 paid to Bahena under an illegal contract.

FIR - 7. Other:
 PFF should be awarded $50,000 as punitive damages for Bahena's fraud.

Page 5

## THIRD CAUSE OF ACTION

(Declaratory Relief)

12. From 2020 - 2023, PFF Management LLC ("PFF"), based in South Pasadena, CA, agreed to and did hire Roberto Bahena to perform contractor services including construction, alterations, repairs, improvements, and demolition at five buildings and structures in San Bernardino, Moreno Valley, and Needles, CA in violation of Business & Professions Code 7028 without knowing that Bahena was an unlicensed contractor.

13. From 2020 - 2023, PFF paid Bahena $188,450.47 for his illegal, unlicensed contractor work.

14. On October 2, 2023, Bahena threatened to sue Plaintiffs in small claims court to recover $6,620.96 for illegal, unlicensed contractor work performed for PFF, even though PFF had fully paid Bahena.

15. A dispute has arisen concerning the rights and duties of the parties. Bahena contends that Plaintiffs owe him $6,620.96 for illegal, unlicensed contractor work, and Plaintiffs contend that they owe Bahena nothing because he performed the work as an unlicensed contractor.

16. A judicial determination is necessary to determine the rights and duties of the parties.